1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Rosa Alicia Cabral

7

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

| ROSA ALICIA CABRAL, | ) Case No.: 5:14-cv-01354-GJS |
|---|---|
| Plaintiff, | ) ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) **[NOTE CHANGES MADE BY COURT]** |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

    IT IS ORDERED that fees and expenses in the amount of $5,237.59 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation; and

    Cabral's separately filed petition for EAJA attorney fees [Dkt. 28] is DENIED WITH PREJUDICE in light of the Stipulation.

DATE:    January 27, 2016

                                _____
                                GAIL J. STANDISH
                                UNITED STATES MAGISTRATE JUDGE

-1-